# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **ERIN ELLIOTT,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **V.** | )   5:20-CV-01634-HNJ |
| | ) |
| **PORTFOLIO RECOVERY** | ) |
| **ASSOCIATES, LLC;** | ) |
| | ) |
| **DEFENDANT.** | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** Plaintiff Erin Elliott, pursuant to Fed. R. Civ. P. 41, and hereby request this Honorable Court dismiss all Plaintiff's claims against Defendant Portfolio Recovery Associates, LLC, with prejudice, with the Parties to bear their own attorney's fees, costs, and expenses.

_____
Attorney for Plaintiff

**OF COUNSEL:**

John C. Hubbard
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, Alabama 35203
Telephone: (205) 378-8121

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2020 I electronically filed the foregoing with the Clerk of the Court and have electronically caused service to be made on all counsel of record by using the CM/ECF system and provided notice via e-mail to:

Sunny S. Sidhu, Esq.
PRA Office of General Counsel
130 Corporate Boulevard
Norfolk, Virginia 23502

                                      /s/ John C. Hubbard