UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ERIN ELLIOTT, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 5:20-cv-01634-HNJ |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff filed a Motion to Dismiss with Prejudice.  (Doc. 5).  The court **GRANTS** the motion and **ORDERS, ADJUDGES,** and **DECREES** that this case is **DISMISSED WITH PREJUDICE**, without costs to either party.

**DONE** and **ORDERED** this 15th day of December, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE